IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANTHONY FILLER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | CV-19-61-GF-BMM-JTJ<br><br>**ORDER** |

Defendant has moved for an order allowing J. Day Peake, III, Esq., and Andrea Paris, Esq. to appear *pro hac vice* in this case with Jason S. Ritchie, Esq., designated as local counsel. The applications of Mr. Peake and Ms. Paris appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Mr. Peake and Ms. Paris to appear on its behalf (Docs. 42 and 43) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Peake and Ms. Paris must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Peake and Ms. Paris.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 22nd day of February, 2021.

_____
John Johnston
United States Magistrate Judge