# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ANTHONY FILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　　Defendant. | CV 19-61-GF-BMM-JTJ<br><br><br>ORDER |

　　　The Court will conduct a hearing on Defendant's Motion for Summary Judgment (Doc. 57) at 10:00 a.m. on September 1, 2021, at the Mike Mansfield Federal Courthouse in Butte, Montana.

　　　DATED this 12th day of August, 2021.

　　　　　　　　　　　　　　　　　　　／s／ John Johnston
　　　　　　　　　　　　　　　　　　　John Johnston
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge